IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LINDA MAYO,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

CIVIL NO. 3:10CV866-HEH

## ORDER

THIS MATTER is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on February 24, 2012 (Dk. No. 16). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED that:

(1)     The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court;

(2)     Plaintiff's Motion for Summary Judgment (Dk. No. 11) and Motion to Remand (Dk. No.12) are DENIED;

(3)     Defendant's Motion for Summary Judgment (Dk. No. 14) is GRANTED;

(4)     The decision of the Commissioner is AFFIRMED; and

(5)     This case is CLOSED.

The Clerk is directed to send a copy of this Order to Plaintiff and all counsel of record.

It is so ORDERED.

                                          /s/
                                    Henry E. Hudson
                                    United States District Judge

Date: March 13, 2012
Richmond, VA